IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| AKASH DIXIT, | * |
| Plaintiff, | * |
| v. | Case No. 7:19-CV-194(WLS) |
| | * |
| VINCENT FAIRNOT, et al. | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated March 28, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants.

This 28th day of March, 2023.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk